1  PAMELA E. COGAN (SBN 105089)
   NORMAN LAU (SBN 253690)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email:        pamela.cogan@rmkb.com; norman.lau@rmkb.com
5
   Attorneys for Defendant
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SARAH COPELAND, | CASE NO. 3:15CV-1487 JCS |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| LIBERY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

It is hereby stipulated by and between Plaintiff SARAH COPELAND and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective attorneys of record, that Defendant shall up to and including May 15, 2015 to serve and file its response to Plaintiff's Complaint in this action.

**IT IS SO STIPULATED.**

The filer of this document attests that concurrence in this filing has been obtained from all signatories.

/ / /

/ / /

/ / /

1  Dated: April 23, 2015                    ROPERS, MAJESKI, KOHN & BENTLEY

3                                           By: /s/ *Pamela E. Cogan*
4                                              PAMELA E. COGAN
                                               NORMAN LAU
                                               Attorneys for Defendant
5                                              LIBERTY LIFE ASSURANCE
                                               COMPANY OF BOSTON

7  Dated: April 23, 2015                    KANTOR & KANTOR, LLP

9                                           By: /s/ *Corinne Chandler*
10                                             CORINNE CHANDLER
                                               Attorneys for Plaintiff,
                                               SARAH COPELAND

14  Dated: 4/27/15

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4848-6687-8243.1                - 2 -                STIPULATION FOR EXTENSION OF TIME TO
                                                     RESPOND TO COMPLAINT
                                                     CASE NO 3:15CV1487 JCS