PAMELA E. COGAN (SBN 105089)
NORMAN LAU (SBN 253690)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:    pamela.cogan@rmkb.com; norman.lau@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH COPELAND, | CASE NO. 3:15CV-1487 JCS |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| LIBERY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

It is hereby stipulated by and between Plaintiff SARAH COPELAND and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective attorneys of record, that Defendant shall up to and including June 5, 2015 to serve and file its response to Plaintiff's First Amended Complaint in this action.

**IT IS SO STIPULATED.**

The filer of this document attests that concurrence in this filing has been obtained from all signatories.

/ / /

/ / /

/ / /

4848-6687-8243.1

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT
CASE NO 3:15CV1487 JCS

1  Dated: May 28, 2015                                ROPERS, MAJESKI, KOHN & BENTLEY

3                                                     By: /s/ *Norman Lau*
4                                                         PAMELA E. COGAN
                                                          NORMAN LAU
5                                                         Attorneys for Defendant
                                                          LIBERTY LIFE ASSURANCE
6                                                         COMPANY OF BOSTON

7  Dated: May 28, 2015                                KANTOR & KANTOR, LLP

9                                                     By: /s/ *Corinne Chandler*
10                                                        CORINNE CHANDLER
                                                          Attorneys for Plaintiff,
11                                                        SARAH COPELAND

14 Dated: May 28, 2015

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4848-6687-8243.1                    - 2 -                STIPULATION FOR EXTENSION OF TIME TO
                                                         RESPOND TO AMENDED COMPLAINT
                                                         CASE NO 3:15CV1487 JCS